IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE HERRICK GROUP & ASSOCIATES LLC | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| K.J.T., L.P., et al. | : | NO. 07-CV-00628 |
| Defendants | : | |

ORDER

AND NOW, this **20th** day of **August, 2009**, upon consideration of the defendant's motion for judgment as a matter of law (Doc. No. 98), and plaintiff's response thereto (Doc. No. 119), it is hereby ORDERED that defendant's motion is DENIED for the reasons set forth in the accompanying memorandum.

BY THE COURT:


\s\ TIMOTHY R. RICE
HONORABLE TIMOTHY R. RICE
United States Magistrate Judge