IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE HERRICK GROUP & ASSOCIATES LLC, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| K.J.T., L.P., | : | NO. 07-CV-00628 |
| Defendant | : | |

## ORDER

AND NOW, this 25th day of August, 2009, after a bench trial on May 27, 2009 through May 29, 2009, and June 4, 2009, and upon consideration of the parties proposed findings of fact and conclusions of law, it is hereby ORDERED that Judgment is entered in favor of plaintiff The Herrick Group & Associates and against Defendant K.J.T., L.P.

BY THE COURT:

\s\ TIMOTHY R. RICE
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE